# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

| | |
|---|---|
| CASE SEALED: ◯ YES ⦿ NO | DOCKET NUMBER: 3:23-CR- 51-MOC |

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| CASE NAME | :US vs | MARTIN ALBERTO TORRES-GOMEZ a/k/a "Francisco Hernandez Torres" |
| COUNTY OF OFFENSE | : | MECKLENBURG |
| RELATED CASE INFORMATION | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| SERVICE OF PROCESS | : | ARREST WARRANT |

U.S.C. CITATIONS *(Mark offense carrying greatest weight)*:    ◯ Petty    ◯ Misdemeanor    ⦿ Felony

21 U.S.C. § 841(a)(1)

| | | |
|---|---|---|
| JUVENILE: | ◯ Yes ⦿ No | |
| ASSISTANT U. S. ATTORNEY | : | Thomas Kent |
| VICTIM/WITNESS COORDINATORS: | | Shirley Rutledge |
| INTERPRETER NEEDED | : | N/A |
| LIST LANGUAGE AND/OR DIALECT: | | N/A |
| REMARKS AND SPECIAL INSTRUCTIONS: | | N/A |