UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cr-51-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARTIN ALBERTO TORRES-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Order Directing the Retention of Drug Evidence. (Doc. No. 12).

The motion is **GRANTED**. The Department of Homeland Security is ordered to retain the bulk controlled substances evidence seized in U.S. Customs and Border Protection FPF Case Number (on the Form 6051S) 2023151200045301.

Signed: June 27, 2023

Max O. Cogburn Jr
United States District Judge

1